**STATE**

v.

**Gerald GORDON et al.**

No. 78–416–C.A.

Supreme Court of Rhode Island.

April 14, 1980.

Dennis J. Roberts II, Atty. Gen., Faith A. La Salle, Sp. Asst. Atty. Gen., for plaintiff.

Gerald Gordon, Stefanie A. Gordon, Warwick, pro se.

**ORDER**

This case came before us on April 9, 1980 on the state's motion to dismiss defendants' appeals. Upon consideration of the arguments presented, said motion to dismiss is hereby denied. This case is assigned to the May, 1980 calendar for oral argument.

**Karen M. AUGER**

v.

**John J. MORAN, Director, Department of Corrections.**

No. 80–170–M.P.

Supreme Court of Rhode Island.

April 17, 1980.

Longolucco, Lenihan & Orsinger, John M. McLoughlin, Wakefield, for petitioner.

Dennis J. Roberts II, Atty. Gen., Melanie W. Spencer, Sp. Asst. Atty. Gen., for respondent.

**ORDER**

The respondent is directed to file his answer to the petition for writ of habeas corpus and therein to *show cause*, if any he has, why the petition should not be granted, said answer to be made in compliance with the provisions of Rule 14.

[3]

**Hugo F. BACARI et al.**

v.

**Donald M. SCHWARTZ.**

No. 79–417–Appeal.

Supreme Court of Rhode Island.

April 17, 1980.

**ORDER**

This case came before the court on April 10, 1980 on the plaintiffs' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) which ordered the defendant to pay fifty dollars monthly to plaintiff. After hearing arguments of counsel and considering defendant's brief we are of the opinion that the issue of support is factual and that clearly there is sufficient evidence to support the findings of fact by the trial justice. Further the issue is one of judicial discretion and clearly there was no abuse of discretion by the trial justice. Accordingly, the motion to affirm the judgment below is hereby granted and defendant's appeal is denied and dismissed.